DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YORLANI MARADIAGA,** as personal representative of the
**ESTATE OF FREDY ISAULA,** deceased,
Appellant,

v.

**GARABAR, INC., JL HOME PROJECTS, INC.; JOHN DOE
CONTRACTORS;** and **JOHN DOE PRODUCT MANUFACTURERS,**
Appellee.

No. 4D2025-0459

[July 23, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Gerard Joseph Curley Jr., Judge; L.T. Case No.
502023CA010384XXXXMB.

Roy D. Wasson of Wasson & Associates, Chartered, Miami, and Eli
Kaplan of Kaplan and Miller, P.A., Miami, for appellant.

David Clark Borucke of Cole, Scott & Kissane, P.A., Tampa, for appellee
Garabar Inc.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES, Associate Judge,
concur.

*             *             *

***Not final until disposition of timely-filed motion for rehearing.***